

FILED
NOV 0 9 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   JOEL D. and JOCELYN S. AGUILAR

Chapter 13
Case No. 06-3-0341 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $3.00 as follows:

Name and Address of Claimant
CLERK OF THE COURT
JOEL D. and JOCELYN S. AGUILAR
224 RUBY LANE
VALLEJO, CA 94590-0000

Unclaimed Refund
$3.00

Dated:  November 8, 2011

_____
CECILIA MARCELO
Receipts Administrator